■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMMY S. HUTCHINSON, Appellant. [893 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]).

(Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Possession of a Forged Instrument, 2nd Degree). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.